UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FRANKLIN CAREER SERVICES, INC. | ) | CASE NO. 06-30010 |
| Debtor(s) | ) | |
| | ) | |
| JOHN R. WILSON, TRUSTEE | ) | |
| Plaintiff(s) | ) | AP NO. 07-3581 |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL STEEL VENTURES, INC. et al. | ) | |
| Defendant(s) | ) | |
| _____ | ) | |

## **O R D E R**

IT IS HEREBY ORDERED that mediation in the above-styled adversary proceeding with the Plaintiff, John R. Wilson, Trustee; Defendant/Cross-Claimant, Capital Steel Ventures, Inc.; and Defendants, Gerald M. Woodcox and Vicki Woodcox, be held on **March 22, 2010 at 10:00 A.M. (Eastern Time) in Courtroom #1, Fifth Floor, Seventh Street Entrance, Gene Snyder Courthouse, 601 West Broadway, Louisville, Kentucky** before the Honorable Judge Joan A. Lloyd. Persons with full settlement authority are directed to appear at this mediation.

IT IS FURTHER ORDERED that at least five business days before the scheduled mediation the parties shall deliver to the Court a document setting forth their position and/or any information relative to settlement. This document is not to be filed electronically and/or made part of the record herein.

bcr

Joan A. Lloyd
United States Bankruptcy Judge
Dated: February 19, 2010